<table>
<tr><td>Fill in this information to identify the case:</td></tr>
</table>

| |
|---|
| **Fill in this information to identify the case:** |
| United States Bankruptcy Court for the: |
| District of Delaware |
| (State) |
| Case number *(if known):* _____    Chapter __11__ |

☐ Check if this is an
amended filing

<u>Official Form 201</u>

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/19

**If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| 1. | Debtor's Name | **Urban Commons Queensway, LLC** |
|---|---|---|

| 2. | All other names debtor used in the last 8 years | N/A |
|---|---|---|
| | Include any assumed names, trade names, and *doing business as* names | |

| 3. | Debtor's federal Employer Identification Number (EIN) | 4 7 - 1 1 2 6 8 8 2 |
|---|---|---|

**4.  Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business[1] |
|---|---|
| 1126 Queens Hwy | 3 Times Square, 9th Floor |
| Number        Street | Number        Street |
| Queen Mary (Long Beach, CA) | c/o FTI Consulting, Alan Tantleff |
| | |
| Long Beach, California 90802 | New York, NY 10036 |
| City                State    Zip Code | City                State    Zip Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | Eagle Hospitality Group owns hotel properties |
| County | across the United States. |

| 5. | Debtor's website (URL) | https://eagleht.com/ |
|---|---|---|

| 6. | Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

---

[1]    Solely for purposes of notices and communications.

| Debtor | **Urban Commons Danbury A, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**7. Describe debtor's business**

A. *Check One:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

---

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

---

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

<u>5</u> <u>3</u> <u>1</u> <u>1</u>

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check One:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11.  *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes.

| | District _____ | When _____ MM/DD/YYYY | Case number _____ |
|---|---|---|---|
| | District _____ | When _____ MM/DD/YYYY | Case number _____ |

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases.  If more than 1, attach a separate list.

☐ No
☒ Yes.

| Debtor | See Schedule 1 | Relationship | Affiliate |
|---|---|---|---|
| District | Delaware | When | **01/18/2021** MM / DD / YYYY |
| Case number, if known | _____ | | |

---

Debtor    **Urban Commons Danbury A, LLC**                                    Case number *(if known)*
_____
Name

---

**11. Why is the case filed in *this* district?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**

_____
Number        Street

_____
City                                State        Zip Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency    _____

Contact name    _____

Phone    _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**[2]

| | | |
|---|---|---|
| ☐ 1-49 | ☒ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

**15. Estimated assets**[3]

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☒ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☒ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

[2] The Eagle Hospitality Group's estimated assets, liabilities, and number of creditors noted here are provided on a consolidated basis.
[3] Estimated value of assets as of September 30, 2020.

| Debtor | **Urban Commons Danbury A, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___**01/18/2021**___
MM/ DD / YYYY

**✗** ___/s/ Alan Tantleff___
Signature of authorized representative of debtor

**Alan Tantleff**
Printed name

Title ___**President**___

**18. Signature of attorney**

**✗** ___/s/ G. David Dean___
Signature of attorney for debtor

Date ___**01/18/2021**___
MM/DD/YYYY

**G. David Dean**
Printed name

**Cole Schotz P.C.**
Firm name

**500 Delaware Avenue, Suite 1410**
Number          Street

**Wilmington**
City

**DE**
State

**19801**
ZIP Code

**(302) 652-3131**
Contact phone

**ddean@coleschotz.com**
Email address

**6403**
Bar number

**DE**
State

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

District of Delaware
(State)

Case number (if known): _____   Chapter ___11___

☐ Check if this is an
amended filing

## Schedule 1

### Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the entities listed below (collectively, the "Debtors") filed a petition in the United States Bankruptcy Court for the District of Delaware for relief under chapter 11 of title 11 of the United States Code.  The Debtors have moved for joint administration of these cases under the case number assigned to the chapter 11 case of **EHT US1, Inc.**

- 5151 Wiley Post Way, Salt Lake City, LLC
- ASAP Cayman Atlanta Hotel LLC
- ASAP Cayman Denver Tech LLC
- ASAP Cayman Salt Lake City Hotel LLC
- ASAP Salt Lake City Hotel, LLC
- Atlanta Hotel Holdings, LLC
- CI Hospitality Investment, LLC
- Eagle Hospitality Trust S1 Pte. Ltd.
- Eagle Hospitality Trust S2 Pte. Ltd.
- EHT Cayman Corp Ltd.
- EHT US1, Inc.
- Sky Harbor Atlanta Northeast, LLC
- Sky Harbor Denver Holdco, LLC
- Sky Harbor Denver Tech Center, LLC
- UCCONT1, LLC
- UCF 1, LLC
- UCHIDH, LLC
- UCRDH, LLC
- Urban Commons 4th Street A, LLC
- Urban Commons Anaheim HI, LLC
- Urban Commons Bayshore A, LLC
- Urban Commons Cordova A, LLC
- Urban Commons Danbury A, LLC
- Urban Commons Highway 111 A, LLC
- Urban Commons Queensway, LLC
- Urban Commons Riverside Blvd., A, LLC
- USHIL Holdco Member, LLC

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------------x
                            :

In re:                      :     Chapter 11
                            :

URBAN COMMONS QUEENSWAY, LLC,   :     Case No. 21-[_____] ([____])
                            :

          Debtor.             :
                            :
-------------------------------------------------------------x

## LIST OF EQUITY SECURITY HOLDERS[1]

| Debtor | Equity Holders | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|---|
| Urban Commons Queensway, LLC | USHIL Holdco Member, LLC | 12 Marina Boulevard Marina Bay Financial Centre Tower 3 Singapore 018982 | 100% |

---

[1] This list serves as the disclosure required to be made by the debtor pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure.  All equity positions listed are as of the date of commencement of the chapter 11 case.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------------x
                                                      :

In re:                             :      Chapter 11

                                             :

URBAN COMMONS QUEENSWAY, LLC,    :      Case No. 21-[_____] ([____])

                                             :

             Debtor.                 :

                                           :

-------------------------------------------------------------x

## <u>CORPORATE OWNERSHIP STATEMENT</u>

       Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following are corporations, other than a government unit, that directly or indirectly own 10% or more of any class of the debtor's equity interest:

| Shareholder | Approximate Percentage of Equity Held |
|---|---|
| USHIL Holdco Member, LLC | 100% |

**Fill in this information to identify the case:**

**Debtor name:** EHT US1, Inc., et al.

**United States Bankruptcy Court for the:** District of Delaware

**Case number (if known):** 21-_____

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders[1]

12/15

A list of creditors holding the 30 Largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. **Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 Largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Lodging USA Lendco LLC[2] c/o ASAP International Hotel, LLC 81 N. Mentor Avenue Pasadena CA 91106 | Jerome Yuan jerome@asapholdings.com Tel: (213) 625-1200 | Loan | ☐ C ☐ U ☑ D | | | $89,000,000.00[3] |
| 2 | Crestline Hotels & Resorts LLC 3950 University Drive Suite 301 Fairfax VA 22030 | Ed Hoganson ed.hoganson@crestlinehotels.com Tel: (571) 529-6111 | Hotel Management | ☑ C ☑ U ☑ D | | | $5,750,000.00 |
| 3 | Aimbridge Hospitality, LLC 5501 Headquarters Drive Suite 300-W Plano TX 75024 | Mark Lewis mark.lewis@evolutionhospitality.com Tel: (949) 307-1829 | Trade | ☑ C ☑ U ☑ D | | | $3,475,764.00 |
| 4 | Intercontinental Hotels Group PO Box 101074 Atlanta GA 30392-1074 | | Trade | ☑ C ☑ U ☑ D | | | $3,257,449.00 |
| 5 | Evolution Hospitality LLC 5501 Headquarters Drive Suite 300-W Plano TX 75024 | Mark Lewis mark.lewis@evolutionhospitality.com Tel: (949) 307-1829 | Trade | ☑ C ☑ U ☑ D | | | $2,067,427.00 |
| 6 | Marriott International 10400 Fernwood Road Bethesda MD 20817 | | Trade | ☑ C ☑ U ☑ D | | | $1,733,018.00 |
| 7 | Sentry Control Systems Inc. 6611 Odessa Avenue Van Nuys CA 91406 | Brent Gonzalez brent.gonzalez@skidata.com Tel: (818) 381-5259 | Trade | ☑ C ☑ U ☑ D | | | $811,491.00 |

[1] On a consolidated basis, excluding tax claims.  The information herein shall not constitute an admission of liability by, nor is it binding on, any Debtors with respect to all or any portion of the claims listed herein.  Moreover, nothing herein shall affect any Debtor's right to challenge the amount, priority, validity or characterization of any claim at a later date.  Out of abundance of caution, the Debtors have included in this list vendors and service providers (to the extent known to the Debtors) who previously provided services to the hotel management companies. Any obligations to these vendors and service providers are obligations of the respective hotel management companies, and the Debtors reserve all rights related to claims of such vendors filed in this case.

[2] The Debtors are currently investigating the loan from Lodging USA Lendco, LLC ("Lodging USA") to determine the role of the Debtors' former officers Taylor Woods and Howard Wu in connection with Lodging USA and whether Lodging USA should be considered an insider.

[3] Original principal amount.

Debtor    **EHT US1, Inc., et al.**                                                    Case number *(if known)* **21-_____**

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 8  Hilton Worldwide 4649 Paysphere Circle Chicago IL 60674 | | Trade | ☑ C ☑ U ☑ D | | | $778,533.00 |
| 9  Hospitality Staffing Solutions LLC PO BOX 742822 Atlanta GA 30374-2822 | Michael Patterson MPatterson@hssstaffing.com Tel: (678) 426-5664 | Trade | ☑ C ☑ U ☑ D | | | $657,424.00 |
| 10  Kaiser Foundation Health Plan FILE 5915 Los Angeles CA 90074-5915 | Antonio Ayala Antonio.J.Ayala@kp.org Tel: (720) 857-4319 | Trade | ☑ C ☑ U ☑ D | | | $554,252.00 |
| 11  Sysco 20701 East Currier Road Walnut CA 91789 | Angelline Ng Ng.Angelline@la.sysco.com Tel: (909) 595-9595 | Trade | ☑ C ☑ U ☑ D | | | $498,978.00 |
| 12  US Foods 9399 W Higgins Road Suite 400 Rosemont IL 60018 | Charlene K Goss charlene.goss@usfoods.com Tel: (847) 268-5428 | Trade | ☑ C ☑ U ☑ D | | | $408,579.00 |
| 13  Everest National Insurance Company P.O. Box 499 Newark NJ 07101 | Tel: (714) 371-9600 | Trade | ☑ C ☑ U ☑ D | | | $328,456.00 |
| 14  Gibs Inc. c/o Carnival Corporation 231 Windsor Way Long Beach CA 90802 | Wilkin Mes WMes@carnival.com Tel: (562) 243-2191 | Trade | ☑ C ☑ U ☑ D | | | $327,789.00 |
| 15  Hotelier Management Services LLC PO Box 715123 Cincinnati OH 45271-5123 | Angel Pis-Dudot angel@hotelierlinen.com Tel: (786) 301-6559 | Trade | ☑ C ☑ U ☑ D | | | $299,734.00 |
| 16  Aetna Life Insurance Company PO Box 31001-1408 Pasadena CA 91110-1408 | Tel: (866) 899-4378 | Trade | ☑ C ☑ U ☑ D | | | $278,210.00 |
| 17  Belfor USA Group Inc. 5085 Kalamath Street Denver CO 80221 | Tim Smith tim.smith@us.belfor.com Tel: (303) 656-1178 | Trade | ☑ C ☑ U ☑ D | | | $277,098.00 |
| 18  Blackhawk Protection 30141 Antelope Road Suite D #786 Menifee CA 92584 | Javier Escobar tiffganino@aol.com Tel: (909) 384-9015 | Trade | ☑ C ☑ U ☑ D | | | $257,513.00 |

Debtor    **EHT US1, Inc., et al.**                                          Case number *(if known)* **21-_____**

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 19  ENWAVE USA PO Box 207851 Dallas TX 75320-7851 | Robert Fox efox@enwaveusa.com | Trade | ☑ C ☑ U ☑ D | | | $206,773.00 |
| 20  PSAV 23918 Network Place Chicago IL 60673 | Dawn C. Montgomery dmontgomery@PSAV.com Tel: (727) 743-9577 | Trade | ☑ C ☑ U ☑ D | | | $199,566.00 |
| 21  Fiserv 255 Fiserv Drive Brookfield WI 53045 | Deborah Stevenson Deborah.Stevenson@fiserv.com Tel: 301-665-4031 | Trade | ☑ C ☑ U ☑ D | | | $199,320.00 |
| 22  Ecolab Inc. 2301 Maitland Center Parkway Suite 175 Maitland FL 32751 | Angie Berberich angela.berberich@ecolab.com Tel: 1 (800) 352-5326 | Trade | ☑ C ☑ U ☑ D | | | $198,477.00 |
| 23  Duke Energy 550 South Tryon Street Charlotte NC 28202 | Florida.support@duke-energy.com Tel: (877) 372-8477 | Trade | ☑ C ☑ U ☑ D | | | $190,635.00 |
| 24  American Hotel Register Company PO Box 206720 Dallas TX 75320-6720 | Sue Black sblack@americanhotel.com Tel: 1 (800) 323-5686 | Trade | ☑ C ☑ U ☑ D | | | $188,258.00 |
| 25  JN Cleaning Solutions 1424 RIDGE ST Kissimmee FL 34744 | Jusemil Abijamad jabijamad@jncleaningsolutions.com Tel: (407) 460-3981 | Trade | ☑ C ☑ U ☑ D | | | $185,853.00 |
| 26  Iwerks Entertainment Inc. 27509 Avenue Hopkins Santa Clarita CA 91355 | Kate Magnusson kmagnusson@iwerks.com Tel: (416) 597-1585 | Trade | ☑ C ☑ U ☑ D | | | $170,870.00 |
| 27  EPIC Entertainment 207 E Broadway # 302 Long Beach CA 90802 | Steve Sheldon steve@epicentertainmentgroup.com Tel: (323) 641-3742 | Trade | ☑ C ☑ U ☑ D | | | $170,622.00 |
| 28  Main Competitors Inc. 800 Robinson Ave Kissimmee FL 34741 | | Trade | ☑ C ☑ U ☑ D | | | $166,834.00 |
| 29  Southern California Edison P.O. Box 300 Rosemead CA 91772-0001 | | Trade | ☑ C ☑ U ☑ D | | | $165,710.00 |

Debtor    **EHT US1, Inc., et al.**                                                    Case number *(if known)* **21-_____**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui- dated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 30 | City of Anaheim Public Utilities P.O. Box 3069 201 South Anaheim Blvd Anaheim CA 92803-3069 | | Trade | ☑ C ☑ U ☑ D | | | $148,150.00 |

Fill in this information to identify the case and this filing:

| | |
|---|---|
| Debtor Name | **Urban Commons Queensway, LLC** |
| United States Bankruptcy Court for the: | District of Delaware |
| | (State) |
| Case number (If known): | |

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors
12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)*

☐ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☐ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐ *Schedule H: Codebtors (Official Form 206H)*

☐ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐ Amended Schedule

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☒ Other document that requires a declaration__List of Equity Security Holders and Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on

| | |
|---|---|
| **01/18/2021** | ☒ */s/ Alan Tantleff* |
| MM/ DD/YYYY | Signature of individual signing on behalf of debtor |
| | **Alan Tantleff** |
| | Printed name |
| | **President** |
| | Position or relationship to debtor |

**Official Form 202**          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**OMNIBUS WRITTEN CONSENT**

**(Eagle Hospitality Group Chapter 11 Filing)**

January 18, 2021

In accordance with, as applicable, the General Corporation Law of the State of Delaware, the Limited Liability Company Act of the State of Delaware, the California Revised Uniform Limited Liability Company Act, the Limited Liability Companies Law of the Cayman Islands, and the respective governing and organizational documents of the applicable entities described below, the undersigned hereby adopt the following resolutions by unanimous written consent, effective as of the date first written above.

**WHEREAS**, EHT US1, Inc., a Delaware Corporation ("*US1 Corp*"), owns one hundred percent (100%) of the equity interests in, and is the sole member of, each of (A) CI Hospitality Investment, LLC, a Cayman Islands limited liability company ("*CI Hospitality*"), and (B) USHIL Holdco Member, LLC, a Delaware limited liability company (the "*UC Holdco*");

**WHEREAS**, UC Holdco owns one hundred percent (100%) of the equity interests in: (1) Urban Commons Danbury A, LLC, (2) UCHIDH, LLC, (3) UCF 1, LLC, (4) UCRDH, LLC, (5) Urban Commons Bayshore A, LLC, (6) UCCONT1, LLC, (7) Urban Commons Cordova A, LLC, (8) Urban Commons Highway 111 A, LLC, (9) Urban Commons Anaheim HI, LLC, (10) Urban Commons 4th Street A, LLC, (11) Urban Commons Riverside Blvd., A, LLC, and (12) Urban Commons Queensway, LLC (each of the entities in the foregoing clauses (1) through (12), a Delaware limited liability company other than Urban Commons Queensway, LLC, which is a California limited liability company, and collectively, the "*UC Property-Level LLCs*");

**WHEREAS**, CI Hospitality owns 100% of the equity interests in, and is the sole member of, each of: (1) ASAP Cayman Atlanta Hotel LLC ("*ASAP Atlanta*"), (2) ASAP Cayman Salt Lake City Hotel LLC ("*ASAP Salt Lake*"), and (3) ASAP Cayman Denver Tech LLC ("*ASAP Denver Tech*") (each a Cayman Islands limited liability company, and collectively, the "*ASAP Cayman Mid-Level LLCs*"); and

**WHEREAS**, (i) ASAP Atlanta owns one hundred percent (100%) of the equity interests in Atlanta Hotel Holdings, LLC, a Delaware limited liability company ("*Atlanta Hotel Holdings*"), which in turn owns one hundred percent (100%) of the equity interests in Sky Harbor Atlanta Northeast, LLC, a Delaware limited liability company ("*Sky Harbor Atlanta*"); (ii) ASAP Salt Lake owns one hundred percent (100%) of the equity interests in ASAP Salt Lake City Hotel, LLC, a Delaware limited liability company ("*Salt Lake Hotel*"), which in turn owns one hundred percent (100%) of the equity interests in 5151 Wiley Post Way, Salt Lake City, LLC, a Delaware limited liability company ("*Wiley Post*"); and (iii) ASAP Denver Tech owns one hundred percent (100%) of the equity interests in Sky Harbor Denver Holdco, LLC, a Delaware limited liability company ("*Denver Holdco*"), which in turn owns one hundred percent (100%) of the equity interests in Sky Harbor Denver Tech Center LLC, a Delaware limited liability company ("*Denver Tech Center*", and collectively with each of US1 Corp, CI Hospitality, UC Holdco, the UC Property-Level LLCs, the ASAP Cayman Mid-Level LLCs, Atlanta Hotel Holdings, Sky Harbor Atlanta, Salt Lake Hotel, Wiley Post, Denver Holdco, and Denver Tech Center, the "*Filing Entities*", and each a "*Filing Entity*").

1

**Chapter 11 Filing**

 **WHEREAS**, the Filing Entities have considered presentations by their respective management and financial and legal advisors regarding their respective liabilities and liquidity situations, the strategic alternatives available to them and the effect of the foregoing on their respective businesses;

 **WHEREAS**, the boards of directors, managers, and/or members, as applicable, of each of the Filing Entities (i) have consulted with their respective management and financial and legal advisors and fully considered each of the strategic alternatives available to them, taking into consideration, among other things, their respective liquidity situations and debt obligations, and (ii) have determined that it is desirable and in the best interests of their respective companies, their creditors, stakeholders and other interested parties, that that each of the Filing Entities file or cause to be filed voluntary petitions for relief (each, a "***Chapter 11 Case***" and collectively, the "***Chapter 11 Cases***") under the provisions of chapter 11 of title 11 of the United States Code (the "***Bankruptcy Code***") in the United States Bankruptcy Court for the District of Delaware (the "***Bankruptcy Court***") in which the authority for each of the Filing Entities to operate as a debtor in possession will be sought.

 **NOW, THEREFORE, BE IT RESOLVED**, that each Filing Entity shall be, and hereby is, authorized, directed and empowered to file or cause to be filed Chapter 11 Cases under the provisions of the Bankruptcy Code in the Bankruptcy Court; and be it further

 **RESOLVED**, that, to the extent necessary to execute and/or file the petitions, schedules, lists motions, papers, documents, or other filings described below, any authorized officer, director and/or manager, as applicable, of each Filing Entity (collectively, the "***Authorized Officers***"), acting alone or with one or more other Authorized Officers of such Filing Entity be, and hereby are, authorized, empowered, and directed to execute and file on behalf of such Filing Entity all petitions, schedules, lists, motions, papers, documents, or other filings, and to take any and all action that they deem necessary or proper to obtain such relief, including any action necessary to maintain the ordinary-course operation of the relevant Filing Entity's business.

**Retention of Professionals**

 **NOW, THEREFORE, BE IT RESOLVED**, that each of the Authorized Officers be, and hereby is, authorized and directed to (a) employ the law firm of Paul Hastings LLP ("***Paul Hastings***") as general bankruptcy counsel to represent and assist each Filing Entity in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance such Filing Entity's rights and obligations in the Chapter 11 Cases, including filing any pleadings, and (b) in connection therewith, execute appropriate retention agreements, pay appropriate retainers, and cause to be filed an appropriate application for authority to retain the services of Paul Hastings; and be it

 **FURTHER RESOLVED**, that each of the Authorized Officers be, and hereby is, authorized and directed to (a) employ the law firm of Cole Schotz P.C. ("***Cole Schotz***") as Delaware counsel to represent and assist each Filing Entity in connection with their restructuring and (b) in connection therewith, execute appropriate retention agreements, pay appropriate retainers, and cause to be filed an appropriate application for authority to retain the services of Cole Schotz; and be it

 **FURTHER RESOLVED**, that each of the Authorized Officers be, and hereby is, authorized and directed to (a) employ the law firm of Rajah & Tann Singapore LLP ("***Rajah & Tann***") as counsel in connection with Singapore law advice to, among other things, represent and assist each Filing Entity in connection with their restructuring and (b) in connection therewith, execute appropriate retention agreements, pay appropriate retainers, and cause to be filed an appropriate application for authority to retain the services of Rajah & Tann; and be it

**FURTHER RESOLVED**, that each of the Authorized Officers be, and hereby is, authorized and directed to (a) employ the law firm of Walkers ("*Walkers*") as counsel in connection with Cayman law advice to represent and assist each Filing Entity incorporated in the Cayman Islands in connection with their restructuring and (b) in connection therewith, execute appropriate retention agreements, pay appropriate retainers, and cause to be filed an appropriate application for authority to retain the services of Walkers; and be it

**FURTHER RESOLVED**, that each of the Authorized Officers be, and hereby is, authorized and directed to (a) employ the firm FTI Consulting, Inc. ("*FTI*") to provide Alan Tantleff as chief restructuring officer and certain additional personnel to assist each Filing Entity with its reorganization efforts and the Chapter 11 Cases and to, among other things, assist each Filing Entity in (i) developing financial data for evaluation by its Board, creditors, or other third parties (in each case as requested by such Filing Entity), (ii) responding to issues related to such Filing Entity's financial liquidity, and (iii) selling such Filing Entity's assets, and (b) in connection therewith, execute appropriate retention agreements, pay appropriate retainers, and cause to be filed an appropriate application for authority to retain the services of FTI; and be it

**FURTHER RESOLVED**, that each of the Authorized Officers be, and hereby is, authorized and directed to (a) employ the firms Moelis & Company LLC and Moelis & Company Asia Limited (together, "*Moelis*") as investment banker to, among other things, assist each Filing Entity in (i) conducting a strategic review of each Filing Entity's capital structure, (ii) advising each Filing Entity in connection with a restructuring of the Filing Entity's funded debt, and (iii) assisting each Filing Entity to evaluate financing and acquisition proposals, and (b) in connection therewith, execute appropriate retention agreements, pay appropriate retainers, and cause to be filed an appropriate application for authority to retain the services of Moelis; and be it

**FURTHER RESOLVED**, that each of the Authorized Officers be, and hereby is, authorized and directed to (a) employ the firm of Donlin, Recano & Company, Inc. ("*Claims Agent*") as notice and claims agent and administrative advisor to represent and assist each Filing Entity in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance such Filing Entity's rights and obligations in the Chapter 11 Cases, and (b) in connection therewith, execute appropriate retention agreements, pay appropriate retainers, and cause to be filed appropriate applications for authority to retain the services of Claims Agent; and be it

**FURTHER RESOLVED**, that each of the Authorized Officers be, and hereby is, authorized and empowered to (a) employ any other professionals to assist each Filing Entity in carrying out its duties under the Bankruptcy Code, and (b) in connection therewith, to execute appropriate retention agreements, pay appropriate retainers and fees, and cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary; and be it

**FURTHER RESOLVED**, that each of the Authorized Officers (and their designees and delegates) be, and hereby is, authorized, empowered, and directed to (a) execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers, (b) in connection therewith, employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals, and (c) take and perform any and all further acts and deeds that such Authorized Officer deems necessary, proper, or desirable in connection with each Filing Entity's Chapter 11 Case, with a view to the successful prosecution of each such case.

**Cash Collateral and DIP Financing**

**NOW, THEREFORE, BE IT RESOLVED**, that each of the Authorized Officers (and their designees and delegates) be, and hereby is, authorized and empowered, to (a) seek approval of a cash collateral order in interim and final form which may require the Filing Entity to grant liens and (b) negotiate and enter into debtor-in-possession financing, in each case subject to potential capital maintenance rules and financial assistance rules to be complied with under applicable laws;

**FURTHER RESOLVED**, that each of the Authorized Officers (and their designees and delegates) be, and hereby is, authorized, empowered, and directed on behalf of and in the name of each Filing Entity to secure the payment and performance of any post-petition financing by (a) pledging or granting liens and mortgages on, or security interest in, all or any portion of such Filing Entity's assets, including all or any portion of the issued and outstanding capital stock, partnership interests, or membership interests of any subsidiaries of such Filing Entity, whether now owned or hereafter acquired, and (b) entering into or causing to be entered into such security agreements, pledge agreements, control agreements, inter-creditor agreements, mortgages, deeds of trust and other agreements as are necessary, appropriate or desirable to effectuate the intent of, or matters reasonably contemplated or implied by, this resolution in such form, covering such collateral and having such other terms and conditions as are approved or deemed necessary, appropriate or desirable by the officer executing the same, the execution thereof by such officer to be conclusive evidence of such approval or determination; and

**FURTHER RESOLVED**, each of the Authorized Officers (and their designees and delegates) be, and hereby is, authorized, empowered, and directed on behalf of and in the name of each Filing Entity to (a) take such further actions and execute and deliver such certificates, instruments, guaranties, notices and documents as may be required or as such officers may deem necessary, advisable or proper to carry out the intent and purpose of the foregoing resolutions, including the execution and delivery of any security agreements, pledges, financing statements and the like, and (b) perform the obligations of such Filing Entity under the relevant companies law applicable to such Filing Entity and the Bankruptcy Code, with all such actions to be performed in such manner, and all such certificates, instruments, guaranties, notices and documents to be executed and delivered in such form as the officers performing or executing the same shall approve, and the performance or execution thereof by such officers shall be conclusive evidence of the approval thereof by such officers and by such Filing Entity.

**General Authorization**

**RESOLVED,** that the authorized officers, directors and/or managers, as applicable, of the undersigned be, and each of them hereby is, authorized and directed, for and on behalf of the undersigned, to prepare, execute and deliver such other documents and to take such other action as they may deem necessary or advisable to carry out the purposes of the foregoing resolutions and that all such actions consistent with the foregoing resolutions that may have been taken to date are hereby authorized, ratified, approved and confirmed in all respects.

**Effectiveness**

This Omnibus Written Consent is effective as of January 18, 2021.

[*Signature pages follow*]

**IN WITNESS WHEREOF**, the undersigned, being all of the members of the board of directors of EHT US1, Inc., hereby execute this Omnibus Written Consent as of the date first written above.

_____
Alan Tantleff

_____
Nicholas Gronow

**IN WITNESS WHEREOF**, the undersigned, being all of the members of the board of directors of EHT US1, Inc., hereby execute this Omnibus Written Consent as of the date first written above.

_____
Alan Tantleff

_____
Nicholas Gronow

**IN WITNESS WHEREOF**, the undersigned, in his capacity as President of EHT US1, Inc., hereby executes this Omnibus Written Consent as of the date first written above.

> **EHT US1, INC.,** a Delaware corporation, on its own behalf, and as the sole member of USHIL Holdco Member, LLC and as the sole manager of CI Hospitality Investment, LLC
>
> Name: Alan Tantleff
> Title: President

**IN WITNESS WHEREOF**, the undersigned, in his capacity as President of each of the below entities, hereby executes this Omnibus Written Consent as of the date first written above.

**USHIL HOLDCO MEMBER, LLC**, a Delaware limited liability company, on its own behalf and as the sole member of each of:

**UCHIDH, LLC**, a Delaware limited liability company

**UCF 1, LLC**, a Delaware limited liability company

**UCRDH, LLC**, a Delaware limited liability company

**URBAN COMMONS BAYSHORE A, LLC**, a Delaware limited liability company

**UCCONT1, LLC**, a Delaware limited liability company

**URBAN COMMONS CORDOVA A, LLC**, a Delaware limited liability company

**URBAN COMMONS HIGHWAY 111 A, LLC**, a Delaware limited liability company

**URBAN COMMONS ANAHEIM HI, LLC**, a Delaware limited liability company

**URBAN COMMONS 4TH STREET A, LLC**, a Delaware limited liability company

**URBAN COMMONS RIVERSIDE BLVD., A, LLC**, a Delaware limited liability company

**URBAN COMMONS DANBURY A, LLC**, a Delaware limited liability company

**URBAN COMMONS QUEENSWAY, LLC**, a California limited liability company

Name: Alan Tantleff
Title: President

**UCHIDH, LLC**, a Delaware limited liability company

Name: Alan Tantleff
Title: President

**UCF 1, LLC**, a Delaware limited liability company

Name: Alan Tantleff
Title: President

**UCRDH, LLC**, a Delaware limited liability company

Name: Alan Tantleff
Title: President

**URBAN COMMONS BAYSHORE A, LLC**, a Delaware limited liability company

Name: Alan Tantleff
Title: President

**UCCONT1, LLC**, a Delaware limited liability company

Name: Alan Tantleff
Title: President

**URBAN COMMONS CORDOVA A, LLC,** a
Delaware limited liability company

Name: Alan Tantleff
Title: President

**URBAN COMMONS HIGHWAY 111 A, LLC,** a
Delaware limited liability company

Name: Alan Tantleff
Title: President

**URBAN COMMONS ANAHEIM HI, LLC,** a
Delaware limited liability company

Name: Alan Tantleff
Title: President

**URBAN COMMONS 4TH STREET A, LLC,** a
Delaware limited liability company

Name: Alan Tantleff
Title: President

**URBAN COMMONS RIVERSIDE BLVD., A, LLC,**
a Delaware limited liability company

Name: Alan Tantleff
Title: President

**URBAN COMMONS DANBURY A, LLC,** a Delaware limited liability company

Name: Alan Tantleff
Title: President

**URBAN COMMONS QUEENSWAY, LLC,** a California limited liability company

Name: Alan Tantleff
Title: President

**IN WITNESS WHEREOF**, the undersigned, in his capacity as President of each of the below entities, hereby executes this Omnibus Written Consent as of the date first written above.

        **CI HOSPITALITY INVESTMENT, LLC**, a Cayman Islands limited liability company, on its own behalf and as the sole manager of:

        **ASAP CAYMAN ATLANTA HOTEL LLC**, a Cayman Islands limited liability company

        **ASAP CAYMAN SALT LAKE CITY LLC**, a Cayman Islands limited liability company

        **ASAP CAYMAN DENVER TECH LLC**, a Cayman Islands limited liability company

By:_____
Name: Alan Tantleff
Title: President

**IN WITNESS WHEREOF**, the undersigned, in his capacity as President of each of the below entities, hereby executes this Omnibus Written Consent as of the date first written above.

**ASAP CAYMAN ATLANTA HOTEL LLC**, a Cayman Islands limited liability company, on its own behalf and as the sole member of:

    **ATLANTA HOTEL HOLDINGS, LLC**, a Delaware limited liability company

By:_____
Name: Alan Tantleff
Title: President

**ATLANTA HOTEL HOLDINGS, LLC**, a Delaware limited liability company, on its own behalf and as the sole member of:

    **SKY HARBOR ATLANTA NORTHEAST, LLC**, a Delaware limited liability company

By:_____
Name: Alan Tantleff
Title: President

**SKY HARBOR ATLANTA NORTHEAST, LLC**, a Delaware limited liability company

By:_____
Name: Alan Tantleff
Title: President

**IN WITNESS WHEREOF**, the undersigned, in his capacity as President of each of the below entities, hereby executes this Omnibus Written Consent as of the date first written above.

> **ASAP CAYMAN SALT LAKE CITY HOTEL LLC**, a Cayman Islands limited liability company, on its own behalf and as the sole member of:
>
> > **ASAP SALT LAKE CITY HOTEL, LLC**, a Delaware limited liability company
>
> By:_____
> Name: Alan Tantleff
> Title: President

> **ASAP SALT LAKE CITY HOTEL, LLC**, a Delaware limited liability company, on its own behalf and as the sole member of:
>
> > **5151 WILEY POST WAY, SALT LAKE CITY, LLC**, a Delaware limited liability company
>
> By:_____
> Name: Alan Tantleff
> Title: President

> **5151 WILEY POST WAY, SALT LAKE CITY, LLC**, a Delaware limited liability company
>
> By:_____
> Name: Alan Tantleff
> Title: President

**IN WITNESS WHEREOF**, the undersigned, in his capacity as President of each of the below entities, hereby executes this Omnibus Written Consent as of the date first written above.

> **ASAP CAYMAN DENVER TECH LLC**, a Cayman Islands limited liability company, on its own behalf and as the sole member of:
>
> > **SKY HARBOR DENVER HOLDCO, LLC**, a Delaware limited liability company
> >
> > By:_____
> > Name: Alan Tantleff
> > Title: President
>
> **SKY HARBOR DENVER HOLDCO, LLC**, a Delaware limited liability company, on its own behalf and as the sole member of:
>
> > **SKY HARBOR DENVER TECH CENTER LLC**, a Delaware limited liability company
> >
> > By:_____
> > Name: Alan Tantleff
> > Title: President
>
> **SKY HARBOR DENVER TECH CENTER LLC**, a Delaware limited liability company
>
> By:_____
> Name: Alan Tantleff
> Title: President