# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> URBAN COMMONS QUEENSWAY, LLC, <br><br> Debtor. | Chapter 7 <br><br> Case No. 21-10051 (CSS) <br><br> **Re: Docket No. 8** |

## NOTICE OF FILING OF FINAL REPORT AND ACCOUNT

**PLEASE TAKE NOTICE** that on February 8, 2022, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") in the chapter 11 case of Urban Commons Queensway, LLC (the "Debtor") entered the *Order (I) Converting the Chapter 11 Case of Urban Commons Queensway, LLC to a Case Under Chapter 7, (II) Terminating the Services of Donlin, Recano & Company, Inc. as Claims and Noticing Agent in its Case, (III) Amending the Debtors Joint Administration Orders and (IV) Granting Related Relief* [Docket No. 8] (the "Conversion Order") converting the chapter 11 case to a case under chapter 7 of the Bankruptcy Code, effective as of February 8, 2022.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Conversion Order and in accordance with Rule 1019(5)(A)(ii) of the Federal Rules of Bankruptcy Procedure, the Debtor hereby submits its final report and account to the United States Trustee for the District of Delaware, which is attached hereto as Exhibit A (the "Schedule").

Dated: March 10, 2022

**COLE SCHOTZ P.C.**

*/s/ G. David Dean*
Seth Van Aalten (admitted *pro hac vice*)
G. David Dean (No. 6403)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 574-2103
Email: svanaalten@coleschotz.com
         ddean@coleschotz.com

- and -

**PAUL HASTINGS LLP**
Luc A. Despins, Esq. (admitted *pro hac vice*)
G. Alexander Bongartz, Esq. (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email: lucdespins@paulhastings.com
           alexbongartz@paulhastings.com

*Counsel to Urban Commons Queensway, LLC*