# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| URBAN COMMONS QUEENSWAY, LLC, | Case No. 21-10051 (KBO) |
| Debtor. | RE: D.I. 33 |

### ORDER APPROVING STIPULATION BETWEEN THE CITY OF LONG BEACH AND THE CHAPTER 7 TRUSTEE REGARDING FILM CREDITS IN AN UNRELEASED MOTION PICTURE RELATED TO THE QUEEN MARY

Upon Consideration of the Stipulation Between The City Of Long Beach And The Chapter 7 Trustee Regarding Film Credits In An Unreleased Motion Picture Related To The Queen Mary (the "Stipulation"), the Court having determined that good and adequate cause exists for approval of the Stipulation, and the Court having determined that no further notice of the Stipulation is necessary,

IT IS ORDERED that the Stipulation is hereby approved.

**Dated: May 11th, 2022**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**