## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 7 |
| URBAN COMMONS QUEENSWAY, LLC, | ) | Case No. 21-10051 (KBO) |
| | ) | |
| Debtor. | ) | Related Docket No. 36 |

### ORDER GRANTING STIPULATION

Upon Consideration of the *Stipulation Providing Danny Harris Limited Relief from the Automatic Stay to Pursue Claims Against the Debtor*, a copy of which is attached hereto as <u>Exhibit 1</u> (the "<u>Stipulation)</u>; and having determined that this Court has jurisdiction to enter this Order in accordance with 28 U.S.C. §§ 157 and 1334, the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and having determined that due and appropriate notice of the relief provided for herein has been given under the circumstances; and the Court having determined that the agreements set forth in the Stipulation are in the best interests of the Debtors, their estates, their creditors and other parties in interest; and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation attached to this Order as <u>Exhibit 1</u> is hereby APPROVED.

2. The Automatic Stay is hereby modified solely to the extent set forth in the Stipulation. Except as set forth in the Stipulation, the Automatic Stay shall remain in full force and effect.

3. This Court shall retain jurisdiction to resolve any disputes arising from or related to this Order or the Stipulation.

4. This Order and the Stipulation shall become effective immediately upon entry of this Order notwithstanding anything in the Federal Rules of Bankruptcy Procedure or otherwise to the contrary.

Dated: August 10th, 2022
Wilmington, Delaware

KAREN B. OWENS
UNITED STATES BANKRUPTCY JUDGE